IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**LEWIS SAUNDERS COLLINS,**

      **Plaintiff,**

v.                                 **CIVIL ACTION NO. 1:19-MC-1**
                                               **(JUDGE KLEEH)**

**UNITED STATES OF AMERICA,**

      **Defendant.**

## REPORT AND RECOMMENDATION RECOMMENDING DISMISSAL

On January 3, 2019, Plaintiff filed a Motion for Miscellaneous Relief in this Court which included 51 pages of various bible verses and a request to be released from FCI Hazelton. On April 12, 2019, Plaintiff had not served Defendant United States with the Motion for Miscellaneous Relief and the undersigned entered an Order giving Plaintiff fourteen days to provide good cause for why Defendant had not been served. (ECF No. 5)[1]. As of May 16, 2019, Plaintiff has not served Defendant, nor has he provided the undersigned with an explanation for failing to serve Defendant.

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's Complaint be **DISMISSED without Prejudice** for failure to prosecute.

Any party shall have fourteen days from the receipt this Report and Recommendation within which to file with the Clerk of this Court, **specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection.** A copy of such objections should also be submitted to the United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages,

---

[1] Receipt of the Order (ECF No. 5) was confirmed to have conferred on April 19, 2019.

including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to file written objections as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a Copy of this Report and Recommendation of counsel of record and by Certified Mail to all *pro se* parties, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Date: May 16, 2019

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE